UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0-22-CV-61107-RAR

ANGELA HUGHES,

    Plaintiff,

vs.

ONCOLOGY & HEMATOLOGY ASSOCIATES OF WEST BROWARD, P.A. AND SUMIT SAWHNEY, M.D.,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    Sumit Sawhney, M.D.
        6814 NW 65 TER
        PARKLAND, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    (305) 230-4884
    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 14, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Mary Etienne
Deputy Clerk
U.S. District Courts