UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61107

ANGELA HUGHES,

       Plaintiff,

v.

ONCOLOGY & HEMATOLOGY
ASSOCIATES OF WEST
BROWARD, P.A., and
SUMIT SAWHNEY, M.D.,

       Defendants.
_____/

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, ONCOLOGY & HEMATOLOGY ASSOCIATES OF WEST BROWARD, P.A., and SUMIT SAWHNEY, M.D., ("Defendants"), by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party.

- Angela Hughes – Plaintiff;
- Brian H. Pollock, Esq. – counsel for Plaintiff;
- FairLaw Firm – counsel for Plaintiff;
- Oncology & Hematology Associates of West Broward, P.A. – Defendant;
- Sumit Sawhney, M.D. – Defendant;

LYDECKER LLP
www.lydecker.com

- Stephanie Pidermann, Esq. - counsel for Defendants;
- Katherine Gudaitis, Esq. – counsel for Defendants;
- Lydecker LLP, Law Firm – counsel for Defendants.
- There are no parent corporations or publicly held corporations that hold ten percent or more of Defendants' stock/membership interest.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings.

- None Known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors).

- None Known

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution.

- None Known

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated this 13th day of July, 2022.

CASE NO. 22-CV-61107

Respectfully submitted,

LYDECKER LLP
*Attorneys for Defendants, Oncology & Hematology Associates of West Broward, P.A., and Sumit Sawhney*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

By:  */s/ Stephanie Pidermann*
Stephanie Pidermann, Esq.
Florida Bar Number: 60414
sp@lydecker.com
KATHERINE GUDAITIS, ESQ.
Florida Bar No: 106954
kg@lydecker.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on July 13, 2022. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF and via U.S. Mail on all counsel or parties of record on the Service List below.

*/s/ Stephanie Pidermann*
Stephanie Pidermann, Esq.

## SERVICE LIST

Brian H. Pollock, Esq.
Fair Law Firm
135 Dan Lorenzo Avenue, Suite 770
Coral Gables, FL 33134
305.230.4884
brian@fairlawattorney.com